IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 252

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA A/S/O THE COUNTRY CLUB OF SAPPHIRE VALLEY, INC., <br><br> Plaintiff, <br> v. <br><br> BLOSSMAN GAS OF NORTH CAROLINA, INC., <br><br> Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 10) filed by Richard L. Robertson. The Motion indicates that Mr. Robertson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Jared L. Elster, who the Motion represents as being a member in good standing of the Bar of the State of New Jersey. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 10) and **ADMITS** Jared L. Elster to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 21, 2019

W. Carleton Metcalf
United States Magistrate Judge