IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 252

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA A/S/O THE COUNTRY CLUB OF SAPPHIRE VALLEY, INC., )<br><br>Plaintiff, )<br>v. )<br><br>BLOSSMAN GAS OF NORTH CAROLINA, INC., )<br><br>Defendants. ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Richard L. Robertson. The Motion indicates that Mr. Robertson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Thomas Paolini, who the Motion represents as being a member in good standing of the Bar of the State of New Jersey. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Thomas Paolini to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 21, 2019

W. Carleton Metcalf
United States Magistrate Judge