IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 252 MR WCM

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA a/s/o The Country Club of Sapphire Valley, Inc.<br><br>Plaintiff,<br><br>v.<br><br>BLOSSMAN GAS OF NORTH CAROLINA, INC.<br><br>Defendants. | ORDER |

Before the Court is the parties' Joint Motion to Stay Discovery and Adjourn Deadlines (the "Motion" Doc. 17), in which the parties request "an order declaring a 90 day stay of discovery in this matter" and that "all court ordered deadlines be adjourned 90 days…." Doc. 17, p. 4. The parties state that they have "agree[d] to stay the discovery in this case for a period of 90 days to allow time for the rescheduling of necessary in person meetings, depositions and joint evidentiary inspections" due to the current public health threat posed by COVID-19. Doc. 17, p. 4.

A Pretrial Order was entered on November 14, 2019. Doc 10.

On December 27, 2019, the court modified the Pretrial Order in response to the parties' request to include additional deadlines for fact and expert

1

discovery within the discovery period. See Docs. 15 & 16. The current deadlines are:

| | |
|---|---|
| Fact Discovery: | March 31, 2020 |
| Plaintiff's Expert Reports: | April 30, 2020 |
| Defendant's Expert Reports: | June 1, 2020 |
| Plaintiff's Rebuttal Expert Reports: | June 12, 2020 |
| Deadline to Complete Expert Depositions and All Discovery: | July 10, 2020 |
| Mediation: | July 24, 2020 |
| Motions: | August 11, 2020 |
| Trial Setting: | January 11, 2021 term |

Considering the current public health situation and the parties' representations regarding the risk factors and status of certain witnesses, the court will grant a limited extension of the deadlines in this case but will retain the current trial setting at this time.

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Discovery and Adjourn Deadlines (Doc. 17) is **GRANTED IN PART** and the following deadlines are extended as noted:

| | |
|---|---|
| Fact Discovery: | June 30, 2020 |
| Plaintiff's Expert Reports: | July 17, 2020 |
| Defendant's Expert Reports: | July 24, 2020 |

Plaintiff's Rebuttal Expert
Reports:                                    July 31, 2020

Deadline to Complete Expert
Depositions and All Discovery:              August 21, 2020

Mediation:                                  August 21, 2020

Motions:                                    September 11, 2020

All other provisions of the Pretrial Order remain in effect.

Signed: March 26, 2020

W. Carleton Metcalf
United States Magistrate Judge