IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 252 MR WCM

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA A/S/O THE COUNTRY CLUB OF SAPPHIRE VALLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLOSSMAN GAS OF NORTH CAROLINA, INC., <br><br> Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 27) filed by Amy C. Drayton. The Motion indicates that Ms. Drayton, a member in good standing of the Bar of this Court, is local counsel for Defendant Blossman Gas of North Carolina, Inc., and that she seeks the admission of Michael C. McMullen, who the Motion represents as being a member in good standing of the Bar of the State of Missouri. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 27) and **ADMITS** Michael C. McMullen to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 13, 2020

_____
W. Carleton Metcalf
United States Magistrate Judge